UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Michelle Jalali, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>Xavier Becerra, Secretary of Health and Human Services,<br><br>    Defendant. | No. 8:21-cv-01866-CJC-JDEx<br><br>**JUDGMENT FOR DEFENDANT XAVIER BECERRA**<br><br>Honorable Cormac J. Carney<br>United States District Judge |

The Court having considered all argument, briefing and documents filed in support of and in opposition to the summary judgment motions brought by the parties: plaintiff Michelle Jalali ("Plaintiff") [Dkt. 27] and defendant Xavier Becerra (the "Secretary") [Dkt. 25], and having issued an order in favor of the Secretary [Dkt. 35], hereby dismisses Plaintiff's Complaint with prejudice. Judgment shall enter in favor of the Secretary. The Secretary shall be entitled to his costs.

**IT IS SO ORDERED.**

Date: January 26, 2023

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE